IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION
No. 1:23cv0057

JOSEPH F. BOBBITT,

    Plaintiff,

v.

MARTIN O'MALLEY,

Commissioner of
Social Security

    Defendant.

JUDGMENT ORDER

AND NOW, this 17th day of June, 2024, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

ENTER: June 17, 2024

Senior United States District Judge