CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

June 16, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
      DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **JOSEPH E. BOBBITT,** | ) | |
| Plaintiff, | ) | Civil Action No. 1:23cv00057 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FRANK BISIGNANO,** | ) | By: JAMES P. JONES |
| **Commissioner of Social Security,** | ) | SENIOR UNITED STATES DISTRICT JUDGE |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed May 29, 2026, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorney's fees are awarded to plaintiff's counsel, Joel C. Cunningham, Jr., under the provisions of 42 U.S.C. § 406(b), in the amount of $7,607.00; and

3. Joel C. Cunningham, Jr. shall refund to the plaintiff the $4,300.00 fee previously awarded to him under the Equal Access to Justice Act, ("EAJA").

ENTER: _June 16, 2026_ 2026.

_____
Senior United States District Judge